■ COLLUM ACOUSTICAL CO., INC., Respondent, v. LOCAL 46 SHEET METAL WORKERS UNION, AFL-CIO, et al., Appellants.— Judgment unanimously modified on the law by reversing the award as to Local 46 Sheet Metal Workers Union AFL-CIO, and dismissing the complaint as to said defendant, and as so modified affirmed, without costs of this appeal to any party. Memorandum: The record fails to meet the standards of proof required for an award against the defendant union. (*Martin* v. *Curran,* 303 N. Y. 276.) (Appeal from judgment of Monroe Trial Term for plaintiff in an action for libel.) Present — Williams, P. J., Bastow, Goldman, Henry and Marsh, JJ.

■ ROCHESTER DAVIS-FETCH CORP., Respondent, v. LOCAL 46 SHEET METAL WORKERS UNION, AFL-CIO et al., Appellants.—Same decision and like cause of action as in companion case of *Collum Acoustical Co.* v. *Local 46 Sheet Metal Works Union* (25 A D 2d 613) decided herewith.